UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STONEX GROUP INC. and STONEX
FINANCIAL INC.,

        Plaintiffs,     23-CV-613 (JGK)

   - against -

HOWARD SHIPMAN,

        Defendant.

------------------------------------------------------------X

# [PROPOSED] ORDER SEALING DOCUMENTS

**IT IS HEREBY ORDERED** that the following documents shall remain under seal, with Counsel for StoneX Group, Inc. and StoneX Financial, Inc. to file these documents on the public record with redactions in the form presented to the Court:

- Plaintiffs' Complaint

- Plaintiffs' Memorandum of Law in Support of Motion For Order To Show Cause For A Temporary Restraining Order

- Plaintiffs' Declaration of Evan Pfeuffer

- Plaintiffs' Declaration of Christopher Amato

- Exhibit 1 to Plaintiffs' Declaration of Anne Johnson

- Plaintiffs' Declaration of Michael Wareman and Exhibit 2 to Michael Wareman's Declaration

- Plaintiffs' Declaration of R. Cuyler Robinson of Charles River Associates

- Defendant Howard Shipman's January 27, 2023 Declaration, attached as Exhibit C to Plaintiffs' February 7, 2023 Letter Motion

**IT IS FURTHER ORDERED** that the following document shall (also) remain under seal, with ~~Defendant Howard Shipman~~ the plaintiffs to file this document on the public record with redactions in the form presented to the Court by Plaintiffs:

(given the pro se status of the ~~plaintiff~~ Defendants also)

- Defendant Howard Shipman's January 27, 2023 Declaration

Dated: New York, New York
February 16, 2023

SO ORDERED

/s/ John G. Koeltl

Judge Koeltl
United States District Judge

With these exceptions, the seal in this case is lifted and all other documents are no longer under seal.

So ordered.
/s/ John G. Koeltl
2/16/23 U.S.D.J.

2