UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP, INC., ET AL.,                23-cv-613 (JGK)

        Plaintiffs,                ORDER

- against -

HOWARD SHIPMAN,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The Clerk of Court is respectfully directed to mail a copy of the Pro Se Information Package and a copy of this Court's Individual Practices to the pro se defendant.

SO ORDERED.

Dated:    New York, New York
           February 17, 2023

                                        John G. Koeltl
                                 United States District Judge