# EXHIBIT 1



| | |
|---|---|
| **R. Cuyler Robinson,** CISSP, GCFA<br>Vice President<br>+1-312-619-3394<br>crobinson@crai.com | BS, Business Administration,<br>Computer Information Systems<br>Colorado State University |

Cuyler Robinson has extensive expertise in digital forensics, incident response, information security, and complex investigations involving technology. He has over 20 years of experience working on a broad range of matters including trade secret theft, cyber security attacks, white collar crimes, data privacy incidents, and other disruptions that threaten a company's integrity, value, or brand.

Mr. Robinson has served as an expert witness and provided sworn testimony at depositions and trials in matters filed in U.S. state courts, U.S. district courts, and international courts. Mr. Robinson is frequently retained as an expert related to cyber security or trade secret liability issues or as a neutral, third-party expert, where he has been selected by courts and/or parties to analyze, monitor, or remediate electronic data. In the context of trade secret and cyber security litigation, Mr. Robinson has issued expert testimony where he has assessed the reasonableness of company security measures and programs against information security standards, guides, and frameworks.

For the last five years, Mr. Robinson has been recognized by Who's Who Legal in its Investigations Digital Forensic Experts publication. Mr. Robinson serves as Chief Information Security Officer for the Forensic Services Practice where he oversees its security program and maintenance of its ISO27001:2013 information security certification. Mr. Robinson is also a member of the firms' Information Security Council, a cross-functional team that provides guidance on CRA's overall information security program.

Mr. Robinson is a Certified Information Systems Security Professional (CISSP) and a GIAC Certified Forensic Analyst (GCFA), and has received extensive training in information security, incident response, data privacy, and digital forensics. He is a member of the International Association of Privacy Professionals and is a former Co-Chair of its Chicago KnowledgeNet Chapter and frequently speaks at industry conferences on forensics and information security.

## Representative Engagement Experience

<u>Trade Secret</u>

- Per a settlement agreement, jointly retained by the parties to remediate misappropriated trade secret and confidential data from corporate IT systems and individual custodian computers and accounts. Developed a forensic protocol that specified CRA's work on the engagement. Forensically collected data from target systems and searched for copies or derivatives of relevant trade secret information. Reported initial findings to both parties and coordinated review of documents identified to confirm their responsiveness. Conducted permanent deletions of responsive documents from their original source locations and prepared report regarding findings and remediation results.

- Appointed by the court to serve as a forensic neutral in a trade secret matter. Applied digital forensic, investigative, and monitoring procedures over a two-year period to reduce the risk that defendants did not access, use, or reconstitute plaintiff's trade secret and other confidential data.

- In a Defend Trade Secrets Act matter, served as independent forensic expert working at the court's direction to assist with an ex parte temporary restraining order. Collected former employee's personal computers, devices, and account information from the court's chambers. Conducted forensic analysis to identify misappropriated trade secret data. Presented findings to the court via daily status updates and at status hearings. Ultimately, facilitated the permanent deletion of the misappropriated trade secret data from the former employee's computers and devices.

- In a Defend Trade Secrets Act matter, served as independent forensic expert as ordered by the court. Assisted U. S. Marshals in executing an ex parte seizure order. Received and forensically imaged the defendant's computers and electronic storage devices which totaled over 10 terabytes of data. Assisted the plaintiff and the defendant in identifying and removing the plaintiff's source code and other confidential information that was copied onto the defendant's computers and storage devices.

- On behalf of a global hedge fund company, forensically examined a contractor's computer and USB storage device. Internal company controls detected violation of information technology policies and potential theft of intellectual property when the contractor used a prohibited USB storage device. Reported findings regarding connection dates, times, and file activity to Chief Security Officer.

Information Security

- Retained to assess the reasonableness of a company's information security program after an employee had fallen victim to a phishing email. Assessed the company's information security policies, procedures, and controls against industry and regulatory standards. Issued rebuttal expert report that concluded the company's information security program was reasonable.

- Retained on behalf of an S&P 100 company to assess the reasonableness of security services provided to a large multinational hospitality company whose data had been impacted by a cybersecurity incident. Analysis was conducted in support expert testimony related to multi-district litigation.

- In a trade secrets matter, analyzed a financial services company's enterprise information security program and highlighted the specific, relevant controls that maintained the confidentiality of trade secret data. Issued expert opinion related to whether the company's efforts to protect its confidential and trade secret information were reasonable.

- Served as an independent information security assessor for one of the largest non-profit healthcare systems in role required by a three-year corrective action plan issued by the U.S. Office of Civil Rights, Health and Human Services. Assessed and tested the system's enterprise policies, procedures, and operations that relate to maintaining the confidentiality, integrity, and availability of electronic Protected Health Information. Issued annual reports on compliance with the corrective action plan and the assessment's findings.

Incident Response and Data Privacy

- Investigated an enterprise-wide network compromise and ransomware attack that disabled a regional healthcare organization. Forensically preserved relevant evidence and assisted client with containment and data recovery efforts. Identified the scope and timing of the intrusion. Advised client as to what data may have been accessed and/or exfiltrated. Performed dark web research and analysis related to the organization's potentially exfiltrated data.

- Retained by an AMLAW 200 law firm to investigate over 50 instances of unemployment insurance fraud that had affected Illinois law firm partners and employees. Examined law firm IT systems including payroll, accounting, and human resource systems. Collected and reviewed relevant computer logs to determine whether sensitive information had been accessed by an inside or external threat actor. Analyzed threat actors tactics, techniques, and procedures related to unemployment insurance fraud, including an analysis of data points requested by the Illinois Department of Employment Security when a claim is filed. Prepared report summarizing findings for general counsel's review.

- Conducted an independent investigation of an insurance company's enterprise systems and searched for evidence of unauthorized access or acquisition of sensitive data. Preserved and analyzed 5 terabytes of relevant data and employee workstations. Gathered facts regarding transfer of millions of data records to a cloud service provider. Prepared report identifying the quantities of data transferred and transfer dates and methods for a two-year period.

- Retained by outside counsel of a full-service, multi-state hospitalist company and investigated the data breach implications associated with the theft of a computer and mobile device from a locked office. Analysis findings supported the notification of over 6,000 former patients that their personally identifiable information ("PII") and/or protected health information ("PHI") may have been accessed. Affected data including names, Social Security numbers, dates of birth, diagnosis codes, and medical record numbers.

## Professional History

| | |
|---|---|
| 2015–Present | Vice President, Forensic Services, Charles River Associates |
| 2006–2015 | Director, Disputes and Investigations, Legal Technology Solutions Practice, Navigant |
| 2002–2006 | Consultant, Computer Incident Response and Information Security Teams, Accenture |
| 2000–2002 | Analyst, Software Development Center, Accenture |

## Certifications

- GIAC Certified Forensic Analyst (GCFA), 2018 to 2023
- Certified Information Systems Security Professional (CISSP), 2004 to 2023
- Certified Information Privacy Technologist (CIPT), 2017 to 2021
- EnCase Certified Examiner (EnCE), 2006 to 2012

## Training

- SANS Advanced Digital Forensics, Incident Response, and Threat Hunting (2017)
- X-Ways Forensics (2014)
- Mandiant Incident Response and Malware Reverse Engineering (2014)
- Guidance Software EnCase Forensic I and II, Advanced Internet Examinations (2005)

## Professional Associations

- International Information Systems Security Certification Consortium (ISC)[2]
- International Association of Privacy Professionals (IAPP)
- American Bar Association, Section of Litigation, Associate Member
- Chicago Bar Association, Associate Member

## Speaking Engagements, Presentations, and Published Articles

"Trade Secrets Protection, Enforcement & Litigation Midwest Conference," Moderator at Sandpiper Partners CLE, October 22, 2022.

"Third Annual Cybersecurity and Privacy Midwest Conference," Moderator and Panelist at Sandpiper Partners CLE, Chicago, IL, June 22, 2022.

"Cyber, Privacy and the Metaverse," Panelist at ALM's General Counsel Conference Midwest, June 14, 2022.

"Trade Secrets Protection, Enforcement & Litigation West Coast Conference," Panelist at Sandpiper Partners CLE, December 6, 2021.

"The Shifting Landscape of Privacy and Cybersecurity: Supply Chain Attacks and Cyber Insurance Considerations," Moderator at Sandpiper Partners CLE, October 27, 2021.

"Trade Secrets Protection, Enforcement and Litigation East Coast Conference," Panelist at Sandpiper Partners CLE, October 5, 2021.

"Third Annual Cybersecurity and Privacy East Coast Conference: Ransomware and Supply Chain Attacks," Panelist at Sandpiper Partners CLE, July 21, 2021.

"Trade Secrets Protection, Enforcement & Litigation Midwest Conference," Panelist at Sandpiper Partners CLE, June 4, 2021.

"Second Annual Cybersecurity and Privacy Midwest Conference," Panelist at Sandpiper Partners CLE, Virtual Webinar, May 20, 2021.

"Trade Secrets: Navigating The Wild, Wild West of Protection, Enforcement, and Damages" Panelist at Association of Corporate Counsel Chicago's CLE Program, March 4, 2021.

"West Coast Trade Secrets Protection, Enforcement, and Litigation," Panelist at Sandpiper Partners CLE, Virtual Webinar, December 2, 2020.

"East Coast Trade Secrets Protection, Enforcement, and Litigation," Panelist at Sandpiper Partners CLE, Virtual Webinar, November 17, 2020.

"Canadian Framework for Modernization of Privacy and Cybersecurity," Moderator at Sandpiper Partners CLE, Virtual Webinar, October 1, 2020.

"Enhancing The Effectiveness Of Security & Privacy Investigations In An Era Of Increased Remote Work," Co-Moderator at Consero Chief Privacy Officer Virtual KnowledgeBridge™ CLE, Virtual Webinar, June 17, 2020.

"Trade Secrets Protection, Enforcement, and Litigation," Moderator at Sandpiper Partners CLE, Virtual Webinar, June 9, 2020.

"Trade Secrets Protection, Enforcement, and Litigation," Panelist at Sandpiper Partners CLE, San Francisco, CA, December 6, 2019.

"Trade Secret Theft: An Ounce of Prevention Before You Need a Pound of Cure" Roundtable Discussion at Northwestern's Corporate Counsel Institute, Chicago, IL, September 26, 2019.

"Trade Secrets Protection, Enforcement, and Litigation," Panelist at Sandpiper Partners CLE, Chicago, IL, June 7, 2019.

"ThinkTank: The State of the Legal Industry," Panelist at High Performance Counsel Media, Webinar, April 12, 2019.

"Trade Secret Committee Monthly Meeting" Speaker at Intellectual Property Owners Association Webinar, April 2, 2019.

"Trade Secrets and the DTSA: Two and Half Years Later," Panelist at Sandpiper Partners CLE, New York, NY, February 26, 2019.

"Moving to the Cloud Without Losing the Disinfectant Properties of Sunshine: How to Ensure Timely and Cost-Effective Access to the Data and Logs Needed to Investigate Allegations of Trade Secret Theft, Cyber Breach, and/or Employee Misconduct," Roundtable CLE at Northwestern's Securities Regulation Institute, Coronado, CA, January 29, 2019.

"Trade Secrets Protection, Enforcement and Litigation," Panelist at Sandpiper Partners CLE, San Francisco, CA, September 27, 2018.

"At the Crossroads of Security, Privacy, Emerging Technology, and Legal Risk," Moderator at Thomson Reuters Corporate Risk, Ethics and Compliance Forum, Chicago, IL, September 26, 2018.

"Trade Secrets Protection, Enforcement, and Litigation," Panelist at Sandpiper Partners CLE, Chicago, IL, June 21, 2018.

"Building a Comprehensive Legal Response Plan," Panel Moderator at ALM SuperConference, May 23, 2018

"Strategic Discovery Considerations: Preservation and Analysis of Web and Social Media Content." With Kristofer Swanson and Louis Scharringhausen. *Association of Corporate Counsel, New York City Chapter, Winter 2017 Newsletter.*

"Cybersecurity & Risk Strategies," Panelist at National Association of Wholesaler-Distributors' Billion Dollar CIO/CFO Conference, December 6, 2017.

"Understanding and Managing Evolving Cybersecurity Risks – The State of Play," Panelist, Financial Markets Association's 2017 Legal and Legislative Issues Conference, October 26, 2017.

"Moving to the Cloud While Keeping your Feet on the Ground," Presenter at ISSA and ISACA's Audit, Compliance and Security Conference, June 22, 2017.

"Ransomware Scourge" Presenter, Law Europe International Annual Meeting, May 18, 2017.

"Social Engineering, Cyber Fraud, and Regulatory Risks" Panelist, Crystal & Company's 3rd Annual Alternative Asset Management Symposium, May 9, 2017.

"Cybersecurity: Stopping Scammers in their Tracks!" Panelist, Better Business Bureau, May 2, 2017.

"How to Keep Cyber Investigations Confidential," Panelist, Ingenious Cybersecurity, Privacy & Data Protection Retreat, November 7, 2016.

"Data Privacy and Cybersecurity: A New Legal and Enforcement Landscape," Presenter, University of Chicago Law School, April 21, 2016.

"Cyber Risks from Third Parties" Sandpiper Partners LLC, Panelist, April 19, 2016.

"The Ethical Duty to Protect Client Data: Cybersecurity Implications," Presenter, American Bar Association National Institute on Cybersecurity, February 23, 2016.

"Security Challenges and Responses," Panelist, Lex Mundi Americas Regional Knowledge Management Roundtable, January 23, 2016.

"Inside the Threat Matrix: Cyber Security Risks, Incident Response, and the Discovery Impact." Panelist at Ingenious NorCal eDiscovery & Information Governance Retreat, April 26, 2015.

"Malware and Social Media Impacts on Healthcare Data." Co-Author at Philadelphia Area Society of Healthcare Risk Management (PASHRM) Quarterly Meeting, March 26, 2015.

"Cyber Investigations and Data Privacy Risks." Presenter at Chicago Bar Association Insurance Law Committee, May 28, 2014.

"When "Social" Gets Complicated: Managing Your People, Data and Brands." Data Security Panelist/Presenter at Association of Corporate Counsel and Drinker Biddle Seminar, June 23, 2013.

"Collecting and Analyzing iPads: What You Need to Know." ABA Section of Litigation – *Technology for the Litigator,* Spring 2012, Vol. 6, No. 2, April 10, 2012.

## Testimony and Expert Reports

*American Arbitration Association, Case No. 01-20-0016-0187*
Ryan John Lopez v. First American Title Company, First American Title Insurance Company & First American Financial Corporation. (Dentons US LLP)
Declaration: August 30, 2021

*American Arbitration Association, Case No. 01-20-0016-0187*
Evangeline Bennett v. First American Title Company, First American Title Insurance Company & First American Financial Corporation. (Dentons US LLP)
Declaration: August 16, 2021

*American Arbitration Association, Case No. 01-20-0016-0187*
Rozalyn Lina v. First American Title Company, First American Title Insurance Company & First American Financial Corporation. (Dentons US LLP)
Declaration: July 26, 2021

*United States District Court, Central District of Illinois*
Lynn McGlenn, on behalf of herself and all others similarly situated v. Driveline Retail Merchandising, Inc. (Phillips Murrah P.C.)
Expert Report: October 20, 2020
Deposition: December 9, 2020

*United States District Court, Western District of Michigan, Southern Division*
The Oilgear Company, Olmstead Products Company LLC. (Perkins Coie) v. Tenet Hydraulics Co., Smith Property Investments, LLC, Derrick Marranca, Jesse Kline, and Dudley Smith
Declaration: June 28, 2019
Declaration: February 27, 2020
Expert Report: May 6, 2020
Expert Report: August 31, 2020

*Cook County Circuit Court, Illinois, Chancery Division*
SS&C Technologies, Inc. (Latham & Watkins) v. Bradley Rossa and Clearwater Analytics, LLC
Expert Report: November 23, 2016
Supplemental Expert Report: March 30, 2018
Rebuttal Expert Report: August 31, 2018
Depositions: May 17, 2018 and September 18, 2018

*United States District Court, Western District of Michigan*
Experian Marketing Solutions, Inc. v. Jeremy Lehman, Thorium Data Science, LLC
Declaration: July 28, 2015
Declaration: August 5, 2016
Expert Report: December 1, 2016

*Shanghai Intellectual Property Court, People's Republic of China*
Eli Lilly & Company (Barnes & Thornburg LLP) v. An Individual
Affidavit: November 2, 2015

*FINRA Dispute Resolution, Inc. Arbitration No. 12-00554*
UBS Financial Services, Inc. (Schuyler, Roche & Crisham, P.C.) v. David Kinnear, Kathleen Bakas, Steven Fryman, Alexander Freund and Wells Fargo Advisors, LLC
Testimony: November 6, 2015 and February 29, 2016

*State of Indiana, County of Elkhart*
Superior Tire, LLC v. Mobile Tire & Axle, Inc. (Faegre Baker Daniels LLP)
Affidavit: September 23, 2014
Testimony: October 1, 2014
Deposition: October 15, 2014

*United States District Court, District Of New Jersey*
IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION, MDL-2158 Zimmer, Inc. (Faegre Baker Daniels LLP)
Expert Report: August 15, 2015
Deposition: September 18, 2014

*United States District Court, Southern District Of New York*
Archer Well Company, Inc., (Skadden, Arps, Slate, Meagher & Flom LLP) v. GW Holdings I LLC and Wexford Capital LP
Expert Report: March 22, 2013

*Court of Chancery of the State of Delaware*
Aequitas Solutions, Inc., (Barnes & Thornburg LLP) v. Larry Anderson and Gary P. Loyd
Expert Report: May 9, 2012
Affidavit: June 15, 2012
Testimony: November 28, 2012