UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP INC. and STONEX
FINANCIAL INC.,

            Plaintiffs,         Case No. 23-cv-00613 (JGK)

- against -

HOWARD SHIPMAN,

            Defendant.

---

## NOTICE OF REDACTION

**PLEASE TAKE NOTICE** that Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc., in accordance with the Court's February 16, 2023 Order (Dkt. 12), hereby submit a redacted version of the document previously placed on the docket by the Court as Dkt. 24, Attachment 3 (Defendant Howard Shipman's January 27, 2023 Declaration, attached as Exhibit C to Plaintiffs' February 7, 2023 Letter Motion).

Dated:  New York, New York
        February 22, 2023

                                        PROSKAUER ROSE LLP

                                        */s/ Lloyd B. Chinn*
                                        Lloyd B. Chinn
                                        Daryl Leon
                                        Eleven Times Square
                                        New York, New York 10036-8299
                                        212.969.3000
                                        lchinn@proskauer.com
                                        dleon@proskauer.com

                                        *Attorneys for Plaintiffs StoneX Group, Inc.*
                                        *and StoneX Financial, Inc.*