UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STONEX GROUP INC. and STONEX FINANCIAL INC., <br><br> Plaintiffs, <br><br> -against- <br><br> HOWARD SHIPMAN, <br><br> Defendant. | Case No. 23-cv-613 (JGK) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Susan Lee, Esq. of Carlson & Ryan LLP hereby appears as attorney for Defendant Howard Shipman and requests that all papers be served upon her and all communications herein be directed to her.

Dated: New York, New York
        February 23, 2023

                                           Carlson and Ryan LLP

                          By:    /s/ Susan Lee
                                           43 West 43rd St., suite 243
                                           New York, NY 10036-7424
                                           +1 (917) 734-3298
                                           susan@carlsonryanlaw.com
                                           *Attorneys for Defendant*

## **Certificate of Service**

Susan Lee, an attorney duly admitted to practice before this Court, certifies that on February 23, 2023 she caused her Notice of Appearance to be filed and served by ECF.

/s/ Susan Lee
Susan Lee