```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

STONEX GROUP, INC., ET AL.,                 23-cv-613 (JGK)

        Plaintiffs,                     ORDER

  - against -

HOWARD SHIPMAN,
        Defendant.

**JOHN G. KOELTL, District Judge:**

The Court is in receipt of defense counsel's February 24, 2023 letter (ECF No. 41). The parties are directed to appear, by phone, for a conference on **Monday, February 27, 2023**, at **2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           February 25, 2023

                                      John G. Koeltl
                                  United States District Judge