```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

STONEX GROUP, INC., ET AL.,                    23-cv-613 (JGK)

                Plaintiffs,         ORDER

    - against -

HOWARD SHIPMAN,
                Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    For the reasons discussed at the telephone conference held today, the defendant's motion for a 30-day stay of this action (ECF No. 41) is **denied.** As discussed at today's conference, the parties are directed to prepare and submit a joint protocol for the Charles River Associates ("CRA") examination of the relevant electronic devices by tomorrow, **February 28, 2023**, at **12:00 p.m.** If the parties cannot agree on a joint protocol, then the parties must submit their respective proposed protocols to the Court by tomorrow, **February 28, 2023**, at **2:00 p.m.**, so that the Court can expeditiously resolve any remaining disputes. Once the Court has so-ordered a protocol, CRA's examination of the relevant devices should occur promptly thereafter.

Also as discussed at today's conference, the defendant must provide his login credentials and password for the Linode server to plaintiffs' counsel by **5:00 p.m.** today.

**SO ORDERED.**

Dated:   New York, New York
         February 27, 2023

                                      _____
                                            John G. Koeltl
                                      United States District Judge