UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP, INC., ET AL.,         23-cv-613 (JGK)

         Plaintiffs,          ORDER

   - against -

HOWARD SHIPMAN,
         Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has signed the parties' joint forensic review protocol, which was submitted to the Court earlier today. The so-ordered forensic review protocol has been filed under seal to preserve the confidentiality of sensitive personal information.

SO ORDERED.

Dated:     New York, New York
            February 28, 2023

                                     John G. Koeltl
                                United States District Judge