UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STONEX GROUP INC. and STONEX
FINANCIAL INC.,

          Plaintiffs,         Case No. 23-cv-00613 (JGK)

- against -

HOWARD SHIPMAN,

          Defendant.

## NOTICE OF INTENT TO REQUEST REDACTION

**PLEASE TAKE NOTICE** that Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. (collectively, "Plaintiffs"), in accordance with the Court's February 24, 2023 Order (Dkt. 40), respectfully request that the Court redact certain portions of the Official Transcript from the parties' Conference held on February 1, 2023, before the Honorable John G. Koeltl (Dkt. 39). Specifically, Plaintiffs request the following redactions: 9:14-15; 9:21-22; and 10:5. These portions of the transcript contain Plaintiffs' confidential and proprietary information that this Court previously permitted to be filed under seal (Dkts. 1 & 12).

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Notice of Intent to Request Redactions of the Official Transcript from the parties' Conference held on February 1, 2023.

Respectfully submitted,

Dated: New York, New York
March 2, 2023

PROSKAUER ROSE LLP

*/s/ Lloyd B. Chinn*
Lloyd B. Chinn
Daryl Leon
Eleven Times Square
New York, New York 10036-8299
212.969.3000
lchinn@proskauer.com
dleon@proskauer.com

*Attorneys for Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc.*