UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP INC. and STONEX
FINANCIAL INC.,

          Plaintiffs,         Case No. 23-cv-00613 (JGK)

- against -

HOWARD SHIPMAN,

          Defendant.

---

**NOTICE OF INTENT TO REQUEST REDACTION**

**PLEASE TAKE NOTICE** that Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. (collectively, "Plaintiffs"), in accordance with the Court's March 7, 2023 Order (Dkt. 48), respectfully request that the Court redact certain portions of the Official Transcript from the parties' Conference held on January 26, 2023, before the Honorable John G. Koeltl (Dkt. 47). Specifically, Plaintiffs request the following redactions: 11:16 and 25:21-22. These portions of the transcript contain Plaintiffs' confidential and proprietary information that this Court previously permitted to be filed under seal (Dkts. 1 & 12).

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Notice of Intent to Request Redactions of the Official Transcript from the parties' Conference held on January 26, 2023.

                                            Respectfully submitted,

Dated: New York, New York
         March 13, 2023

                                            PROSKAUER ROSE LLP

                                            */s/ Lloyd B. Chinn*
                                            Lloyd B. Chinn
                                            Daryl Leon
                                            Eleven Times Square
                                            New York, New York 10036-8299
                                            212.969.3000
                                            lchinn@proskauer.com
                                            dleon@proskauer.com

                                            *Attorneys for Plaintiffs StoneX Group, Inc.*
                                            *and StoneX Financial, Inc.*