UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STONEX GROUP INC. and STONEX
FINANCIAL INC.,

    Plaintiffs/Counter-Defendants,

        - against -

HOWARD SHIPMAN,

    Defendant/Counter-Plaintiff.

-------------------------------------------------------------X

PROPOSED ORDER

Index No. 23-CV-613 (JGK)

WHEREAS, Defendant/Counter-Plaintiff Howard Shipman has applied for permission to file, under seal, his Answer, Counterclaim, and Shipman Declaration; and

WHEREAS, Defendant/Counter-Plaintiff Howard Shipman represents that the seal is necessary as per 18 USC §1833;

IT IS HEREBY ORDERED THAT the application for sealing is GRANTED until further order from the Court.

SO ORDERED. *However, the Defendant/Counter-Plaintiff should file a copy of the Documents in the record not under seal after redacting any confidential material.*

Dated:    New York, New York
           March 14, 2023

                                              John. G. Koeltl
                                        United States District Judge

1