UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STONEX GROUP, INC. et al.,

                                Plaintiffs,

                -against-

HOWARD SHIPMAN,

                                Defendant.
------------------------------------------------------------------X

23-CV-00613 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Clerk of Court is directed to terminate the appearances of Carlson and Ryan LLP attorneys Paul Ryan and Susan Lee from the docket and remove them from the ECF service list for this action.

      **SO ORDERED.**

DATED:    New York, New York
             May 30, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge