UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STONEX GROUP, INC. et al.,

                                                    Plaintiffs,

      -against-

HOWARD SHIPMAN,

                                                    Defendant.
------------------------------------------------------------------X

23-CV-00613 (JGK) (VF)

**ORDER AMENDING**
**DISCOVERY DEADLINES**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As stated at the conference held before the Court on June 12, 2023, the discovery schedule will proceed as follows:

| | |
|---|---|
| June 14, 2023 | Deadline for parties to complete the deposition of Mr. Shipman |
| June 16, 2023 | Deadline for Defendant to submit responses to Plaintiffs' outstanding discovery requests, and a response concerning the outstanding privilege log<br><br>Deadline for Defendant to submit a response to Plaintiffs' letter motion to compel Defendant to pay the costs and fees associated with his canceled May 24, 2023 deposition (see ECF No. 94)<br><br>Deadline for Defendant to submit, under seal, proposed redactions to ECF No. 95, and a letter explaining the proposed redactions |
| June 20, 2023 | Deadline for Plaintiffs' Brief in Support of Motion for Sanctions<br><br>Deadline for parties to submit joint letter concerning scheduling of Defendant's anticipated deposition of Cuyler Robinson (representative of Charles River Associates) |

| July 11, 2023 | Deadline for Defendant's Opposition to Motion for Sanctions |
| July 18, 2023 | Deadline for Plaintiffs' Reply in Support of Motion for Sanctions |

The existing briefing deadlines for (1) the Motion for Preliminary Injunction and (2) the Motion to Compel Arbitration and Stay Litigation of Defendant's Counterclaims (see ECF No. 84) remain unchanged.

    **SO ORDERED.**

DATED:   New York, New York
              June 12, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge