

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 29, 2023

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

*By ECF*

Hon. Valerie Figueredo
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
FigureredoNYSDChambers@nysd.uscourts.gov

**Re:    StoneX Group Inc., et. al. v. Howard Shipman (23-cv-613(JGK)(VF))**
          **<u>Redactions to Defendant's Letter (Dkt. 95)</u>**

Dear Hon. Judge Figueredo:

We are counsel to Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. ("StoneX").
Pursuant to the Court's Order from June 28, 2023 (Dkt. 112), attached hereto is the redacted
version of Defendant's June 1, 2023 Letter (Dkt. 95), with the Court's permitted redactions
incorporated.


Respectfully submitted,

*/s/ Lloyd B. Chinn*
Lloyd B. Chinn
*Plaintiffs StoneX Group, Inc.*
*and StoneX Financial, Inc.*