UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP, INC., ET AL.,                23-cv-613 (JGK)

          Plaintiffs,                ORDER

- against -

HOWARD SHIPMAN,

          Defendant.

---

**JOHN G. KOELTL**, District Judge:

In light of the defendant's notice of his bankruptcy proceedings and the associated bankruptcy stay (ECF No. 114), this action is **stayed.** The parties should report to the Court when the bankruptcy stay is lifted.

SO ORDERED.

Dated:    New York, New York
          August 9, 2023

                                    John G. Koeltl
                            United States District Judge