# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 23-50395 |
| Howard T. Shipman | ) | Chapter 13 |
| Stephanie L. Shipman | ) | |
| StoneX Group, Inc. and StoneX Financial, Inc. | ) | |
| Movants | ) | RE: ECF No. 42 |
| Vs. | ) | |
| Roberta Napolitano, Chapter 13 Trustee, Howard T. Shipman, and Stephanie L. Shipman | ) ) | September 22, 2023 |
| Respondents | ) | |

### STIPULATED ORDER ON MOVANT'S MOTION FOR RELIEF FROM STAY

Debtors/Respondents Howard and Stephanie Shipman ("Debtors") and Movants StoneX Group, Inc. and StoneX Financial, Inc. ("Movant") hereby stipulate to Movants' Motion for Relief from Stay (ECF 17) (the "Motion") as follows:

1. Debtors and Movants agree that the Motion may be **GRANTED** subject to the following terms:

2. As to Movants' civil action in the Southern District of New York against Debtor Howard Shipman, captioned StoneX Group Inc. and StoneX Financial vs. Howard Shipman, No. 1:23-cv-00613-JGK-VF (the "District Court Action"):

    a. Movants may prosecute their Dispositive Motion for Discovery Sanctions (the "Discovery Motion") in the District Court Action against Mr. Shipman ("Shipman"), dated June 20, 2023 (ECF 106) to conclusion, except that Movants may not enforce and/or collect any monetary awards against Shipman without further order of this Court.

b. Movants may prosecute their Complaint to the extent that it seeks to establish a permanent injunction against Shipman (Prayer for Relief II in Movants' Unredacted Complaint dated January 19, 2023 (ECF 30)), except that Movants may not enforce and/or collect any monetary awards against Shipman without further order of this Court.

c. In all other respects, Movants' Motion is **DENIED without prejudice**.

3. This order is subject to the fourteen (14) day stay of Rule 4001(a)(3).

## DEBTORS

BY: \_\_\_/s/ Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT15889
Charmoy & Charmoy, LLC
1465 Post Road East, Suite 100
Westport, CT  06880
(203) 255-8100
scottcharmoy@charmoy.com

        MOVANTS STONEX GROUP, INC.
        AND STONEX FINANCIAL, INC.

BY:  __/s/ Vincent J. Averaimo_____
    Vincent J. Averaimo, Esq.  CT23656
    Barton Gilman LLP
    250 Broad Street
    Milford, CT  06460
    (203) 974-6773
    vaveraimo@bglaw.com

BY:  ___/s/ Nikolas Komyati_____
    Nikolas Komyati, Esq.  CT15889
    Bressler, Avery & Ross, P.C.
    325 Columbia Turnpike
    Florham Park, NY  07932
    973) 514-1200
    nkomyati@bressler.com


**IT IS SO ORDERED** at Bridgeport, Connecticut this 25th day of September, 2023.

                 *Julie A. Manning*
                United States Bankruptcy Judge
                 District of Connecticut