# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# AT BRIDGEPORT

| | |
|---|---|
| In re:<br>HOWARD T. SHIPMAN and<br>STEPHANIE L. SHIPMAN,<br>　　　　Debtors | Case No. 23-50395 JAM<br><br>Chapter 13<br><br>Re: ECF No. 20 |
| STONEX GROUP, INC. and STONEX FINANCIAL, INC., | |
| 　　　　Movants | |
| VS. | |
| HOWARD T. SHIPMAN and<br>STEPHANIE L. SHIPMAN, | |
| 　　　　Respondents | |
| ROBERTA NAPOLITANO, | |
| 　　　　Trustee | |
| OFFICE OF THE U.S. TRUSTEE | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

After Notice and hearing held on August 29, 2023 of STONEX GROUP, INC. and STONEX FINANCIAL, INC's ("Movants") Motion for Extension of Time to File a Complaint to Determine Dischargeability of Debt Pursuant to 11 USC Section 523( c ) and Rule 4007( c ), ECF 20, it is hereby ORDERED:

**GRANTED.**

The deadline for the Movants to file a Complaint to determine dischargeability of a debt pursuant to Section 523( c ) is extended through and including January 12, 2024.

Dated at Bridgeport, Connecticut this 8th day of September, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut