Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

October 3, 2023

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

<u>By ECF</u>

Hon. Valerie Figueredo
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
FigureredoNYSDChambers@nysd.uscourts.gov

**Re:    StoneX Group Inc., et. al. v. Howard Shipman (23-cv-613(JGK)(VF))
<u>Request to Withdraw Dkt. 116</u>**

Dear Hon. Judge Figueredo:

We are counsel to Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. ("StoneX"). We write to withdraw our previous letter, Dtk. 116. We were just advised by StoneX's bankruptcy counsel that the Bankruptcy Court stay in this matter is not lifted until October 9, 2023. Once the stay is lifted StoneX will refile its request to set a briefing schedule for its motion for sanctions.

Respectfully submitted,

<u>/s/ Lloyd B. Chinn</u>

Lloyd B. Chinn
*Plaintiffs StoneX Group, Inc.
and StoneX Financial, Inc.*