# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 23-50395 |
| | ) | |
| Howard T. Shipman | ) | Chapter 13 |
| Stephanie L. Shipman | ) | |
| | ) | |
| StoneX Group, Inc. and StoneX Financial, Inc. | ) | |
| | ) | RE: ECF No. 42 |
| Movants | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Roberta Napolitano, Chapter 13 Trustee, Howard | ) | |
| T. Shipman, and Stephanie L. Shipman | ) | September 22, 2023 |
| | ) | |
| Respondents | ) | |

**STIPULATED ORDER ON MOVANT'S MOTION FOR RELIEF FROM STAY**

Debtors/Respondents Howard and Stephanie Shipman ("Debtors") and Movants StoneX

Group, Inc. and StoneX Financial, Inc. ("Movant") hereby stipulate to Movants' Motion for

Relief from Stay (ECF 17) (the "Motion") as follows:

1. Debtors and Movants agree that the Motion may be **GRANTED** subject to the

following terms:

2. As to Movants' civil action in the Southern District of New York against Debtor

Howard Shipman, captioned <u>StoneX Group Inc. and StoneX Financial vs. Howard Shipman</u>, No.

1:23-cv-00613-JGK-VF (the "District Court Action"):

a. Movants may prosecute their Dispositive Motion for Discovery Sanctions

(the "Discovery Motion") in the District Court Action against Mr. Shipman ("Shipman"), dated

June 20, 2023 (ECF 106) to conclusion, except that Movants may not enforce and/or collect any

monetary awards against Shipman without further order of this Court.

b.    Movants may prosecute their Complaint to the extent that it seeks to establish a

permanent injunction against Shipman (Prayer for Relief II in Movants' Unredacted Complaint

dated January 19, 2023 (ECF 30)), except that Movants may not enforce and/or collect any

monetary awards against Shipman without further order of this Court.

c.    In all other respects, Movants' Motion is **DENIED without prejudice**.

3.    This order is subject to the fourteen (14) day stay of Rule 4001(a)(3).


**DEBTORS**


BY:    \_\_\_\_/s/  Scott M. Charmoy_____
       Scott M. Charmoy, Esq.    CT15889
       Charmoy & Charmoy, LLC
       1465 Post Road East, Suite 100
       Westport, CT  06880
       (203) 255-8100
       scottcharmoy@charmoy.com

**MOVANTS STONEX GROUP, INC.
AND STONEX FINANCIAL, INC.**

BY:    __/s/ Vincent J. Averaimo_____
          Vincent J. Averaimo, Esq.    CT23656
          Barton Gilman LLP
          250 Broad Street
          Milford, CT  06460
          (203) 974-6773
          vaveraimo@bglaw.com

BY:    ___/s/ Nikolas Komyati_____
          Nikolas Komyati, Esq.    CT15889
          Bressler, Avery & Ross, P.C.
          325 Columbia Turnpike
          Florham Park, NY  07932
          973) 514-1200
          nkomyati@bressler.com


**IT IS SO ORDERED** at Bridgeport, Connecticut this 25th day of September, 2023.

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*