# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

In re:
HOWARD T. SHIPMAN and
STEPHANIE L. SHIPMAN,
        Debtors

STONEX GROUP, INC. and STONEX
FINANCIAL, INC.,
        Movants

VS.

HOWARD T. SHIPMAN and
STEPHANIE L. SHIPMAN,
        Respondents

ROBERTA NAPOLITANO,
        Trustee

OFFICE OF THE U.S. TRUSTEE

Case No. 23-50395 JAM

Chapter 13

Re: ECF No. 20

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

After Notice and hearing held on August 29, 2023 of STONEX GROUP, INC. and STONEX FINANCIAL, INC's ("Movants") Motion for Extension of Time to File a Complaint to Determine Dischargeability of Debt Pursuant to 11 USC Section 523( c ) and Rule 4007( c ), ECF 20, it is hereby ORDERED:

**GRANTED.**

The deadline for the Movants to file a Complaint to determine dischargeability of a debt pursuant to Section 523( c ) is extended through and including January 12, 2024.

Dated at Bridgeport, Connecticut this 8th day of September, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut