UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STONEX GROUP INC. and STONEX  :
FINANCIAL INC.,                                     :         Case No. 23-CV-613 (JGK)
                                                                  :
                    Plaintiffs,           :
                                                                  :
               v.                                 :
                                                                  :
HOWARD SHIPMAN,                              :
                                                                  :
                    Defendant.          :
------------------------------------------------------------X

## DECLARATION OF HOWARD SHIPMAN IN OPPOSITION TO PLAINTIFF STONEX'S MOTION FOR SANCTIONS

Howard Shipman, hereby declares under penalty of perjury as follows:

1. I am the Defendant in the above-referenced matter. I am fully familiar with the facts and circumstances recited herein from personal knowledge and from my review of documents in this matter.

2. I submit this Declaration in opposition to StoneX's Motion seeking sanctions.

3. Attached hereto as **Exhibit A** is a true and correct copy of Signal Chat Messages on February 2, 2021, from 5:25pm to 5:26pm, with Christopher Amato and Evan Pfeuffer.

4. Attached hereto as **Exhibit B** is a true and correct copy of Signal Chat Messages on February 2, 2021, from 9:21am and 10:56am, with Christopher Amato and Evan Pfeuffer.

5. Attached hereto as **Exhibit C** is a true and correct copy of Signal Chat Messages on February 9, 2021, from 10:00am to 10:04am, with Christopher Amato and Evan Pfeuffer.

6.      Attached hereto as **Exhibit D** is a true and correct copy of a Shipping Receipt from Monroe Pack and Ship for the mailing of the StoneX company laptop via FedEx to Cuyler Robinson of Charles River Associates.

7.      Attached herto as **Exhibit E** is a true and correct copy of a Declaration of Howard Shipman made on October 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Trumbull, CT
Dated: October 19, 2023

/s/ Howard Shipman
Howard Shipman
15 Tudor Ln.
Trumbull, CT 06611
Email: jovejava@yahoo.com
Phone: (203)536-9534

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



**Chris Amato**

Just so you guys know and are clear. TMo and Jake decide and pay everyone. Including Kiet. His comp is decided by them. His abrasive ways are known and whatever you stupidly assigned on an internal doc as a designation has no bearing on our compensation. I do know that we do need him on outside. Life will be easier and we can get more done faster if he is on our side. Glad to have a call with all of us again to discuss more



**stone** ⏱ 5m

**EP** Cool  Feb 9, 2021

**Chris Amato**
* we need him on our side, "stupid auto fill"
10:01 AM

**Evan Pfeuffer**
Well it's partly true, we need initially his help
10:02 AM

**Chris Amato**
Yes, he buried the bodies that are here already

We will give him a fisher price steering wheel for some things so he thinks he has input on them. He has no knowledge base of true market making.   10:04 AM

# EXHIBIT D

```
               MONROE PACK AND SHIP
                   179 Main St
                 MONROE, CT 06468
                   203-880-9200
```

Packing Materials                        20.00 TX
Shipment-------------------------
  FedEx 2Day
  Ship To:
     CUYLER ROBINSON
     1 SWACKER DR
     SUITE 3400
     CHICAGO, IL 60606
  Package ID: 24534                       98.24
  Tracking #:  392774467148
  Expected arrival: Fri 12/30 08:00 PM

    SUBTOTAL                             118.24
    TAX
    State Tax on 20.00                     1.40
    TOTAL                                119.64
TEND MasterCard                          119.64

Total shipments: 1
HOWARD SHIPMAN
                                      12/28/2022
#6136                                   02:32 PM
Workstation: 0 - Master Workstation
CCTran#

Signature _____

Customer acknowledges that store is not responsi
ble for incorrect information and content suppli
es. Store has no control over the carriers, hand
ling customer's shipping needs. It is customer r
esponsibility to proofread any document and artw
ork before leaving the store. No returns/refunds
                    on printed jobs.

*****************************************

               Thank you for your business
*****************************************

# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STONEX GROUP INC. and STONEX
FINANCIAL INC.,    :    Case No. 23-CV-613 (JGK)
              :
        Plaintiffs,   :
              :
    v.        :
              :
HOWARD SHIPMAN,    :
              :
        Defendant.    :
-----------------------------------------------------------------X

## DECLARATION OF HOWARD SHIPMAN

I, Howard Shipman, am over the age of eighteen and understand the obligations of an oath. I make this Declaration in opposition to the Plaintiff StoneX's motion for sanctions in the above referenced case:

1. I submit this Declaration in opposition to StoneX's Motion seeking sanctions.

2. I was an employee at StoneX from February 8, 2021 to December 9, 2022. During that time, I operated a trading system called Darwin. The Darwin Trading System consistently lost large amounts of money over multiple months. It is not feasible to generate revenue with the technique employed by Darwin.

3. In March 2023, we[1] proposed agreement to the terms of a Permanent Injunction to give Plaintiffs the Relief there were seeking. Plaintiffs did not respond.

4. On or around April 4, 2023, we offered an agreement that would render the Plaintiffs' Relief moot. Plaintiffs did not respond.

---

[1] First person plural is used to mean through counsel.

5. On or around April 17, 2023, we offered to agree to the terms of a Permanent Injunction with greater restrictions than the Relief sought in the Complaint, including stipulations. Plaintiffs did not respond.

6. On June 16, 2023, I answered interrogatories for Plaintiffs.

7. Interrogatory No. 4 stated, "Identify the Locations in your possession, custody or control that contained some, or all, of the Darwin source code at any time from June 1, 2022 through the present."

8. I answered Pro Se, "Defendant pleads the Fifth Amendment."

9. I withdraw my invocation of the Fifth Amendment, and I will answer the question plainly: There are no locations in my possession, custody or control that contained some, or all, of the Darwin source code at any time from June 1, 2022, through the present.

10. I recognize that this will appear like a convenient maneuver to obfuscate the truth, so I will elaborate on events surrounding my invocation of the Fifth Amendment.

11. On May 23, 2023, I located several files used in the Darwin project. These are open-source files downloaded from the internet that were used to kick start source code that would become Darwin.

12. I inadvertently collected the open-source files when I collected my personal files from the StoneX company laptop per the Corporate Policy.

13. On May 24, 2023, I brought the USB device holding these files to the deposition at Proskauer Offices, to deliver them to opposing counsel.

14. I met my attorney at the doors of the Proskauer offices, and we conferred.

15. Then, I remained downstairs while my attorney conferred with opposing counsel. I did not attend the deposition.

16.     At the rescheduled deposition on June 14, 2023, I attended without representation, and I invoked the Fifth Amendment.

> Q: Let me ask you something. Do you understand the consequence of pleading the Fifth Amendment in a civil case?
>
> A: I probably don't, because I'm pro se, but I'm doing the best I can.

17.     I have since conferred with counsel, and I withdraw my invocation of the Fifth Amendment.

I declare under penalty of perjury under 28 U.S.C §1746 that the foregoing is true and correct, to the best of my knowledge and belief.

Trumbull, CT
Dated: October 19, 2023

Howard Shipman
15 Tudor Ln.
Trumbull, CT 06611
Email: jovejava@yahoo.com
Phone: (203)536-9534