UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| STONEX GROUP INC. and STONEX FINANCIAL INC., | Case No. 23-CV-613 (JGK)(VF) |
| Plaintiffs, | |
| v. | |
| HOWARD SHIPMAN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF LLOYD B. CHINN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT HOWARD SHIPMAN**

LLOYD B. CHINN, hereby declares under penalty of perjury as follows:

1. I am a member of the law firm of Proskauer Rose LLP, attorneys for Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. ("StoneX") in the above-referenced matter. I am fully familiar with the facts and circumstances recited herein from personal knowledge and from my review of documents in this matter.

2. I submit this Declaration in support of StoneX's Motion seeking sanctions against Defendant Howard Shipman.

3. Attached hereto as **Exhibit 1** is a true and correct copy of portions of Defendant's June 14, 2023 sworn deposition testimony.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Dated: October 26, 2023

                                                            */s/ Lloyd B. Chinn*
                                                            Lloyd B. Chinn