# EXHIBIT 1

CONFIDENTIAL
Howard Shipman - June 14, 2023

Page 350

```
1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2              CASE NO.  23-CV-00613 (JGK)

3    _____
                                       )
4    STONEX GROUP INC., and STONEX     )
     FINANCIAL,                        )
5                                      )
             Plaintiff(s),             )
6                                      )
         vs.                           )
7                                      )
     HOWARD SHIPMAN,                   )
8                                      )
             Defendant(s).             )
9    _____)

10

11

12

13

14              ** CONFIDENTIAL **

15

16

17   CONTINUED VIDEOTAPED DEPOSITION OF HOWARD SHIPMAN

18

19              New York, New York

20            Wednesday, June 14, 2023

21

22

23

24

25   Reported by JEFFREY BENZ, CRR, RMR
```

CONFIDENTIAL
Howard Shipman - June 14, 2023

Page 386

```
1     without pleading the Fifth.  How about you?  How
2     many copies do you have in your possession?
3            A.   I plead the Fifth.
4            Q.   Let me just ask you something.  Do you
5     understand the consequence of pleading the Fifth
6     Amendment in a civil case?
7            A.   I probably don't, because I'm pro se,
8     but I'm doing the best I can.
9            Q.   Do you understand that in a civil
10    case, unlike in a criminal case, an inference
11    can arise that if you plead the Fifth, that the
12    answer to the question would be detrimental to
13    your position in this case if you were to answer
14    truthfully.
15                Do you understand that?
16           A.   I do now that you've told me.
17           Q.   All right.  Just wanted to make sure
18    that you understand that, as we go forward, that
19    because this is a civil case, StoneX is going to
20    be able to rely on every single instance in
21    which you plead the Fifth, and argue that you're
22    pleading the Fifth so as to avoid giving answers
23    that would be detrimental to you and favorable
24    to StoneX.  Just want to make sure you
25    understand that.
```

```
 1          Q.   And as to your possession of Darwin,
 2     you are now pleading the Fifth Amendment against
 3     self-incrimination.   Correct?
 4          A.   I'm not changing my answer on the
 5     questions that I pleaded the Fifth to.
 6          Q.   Okay.   Now, StoneX compensated you,
 7     through salary and bonus, to build, to develop
 8     Darwin; isn't that right?
 9          A.   That was one of the things they
10     compensated me for.
11          Q.   And, upon your termination, upon
12     learning that your employment with StoneX was
13     ending, you took steps to steal Darwin from
14     StoneX.   Correct?
15          A.   Incorrect.
16          Q.   On December 9, right after you were
17     terminated, you took steps to steal Darwin from
18     StoneX.   Didn't you?
19          A.   No.
20          Q.   And since December 9, 2022, you have
21     taken steps to cover up your theft of Darwin,
22     from StoneX.   Correct?
23          A.   No.
24          Q.   You deleted your bash history from
25     StoneX's servers, correct?
```

CONFIDENTIAL
Howard Shipman - June 14, 2023

Page 630

```
1     that you read off to me.
2          Q.   Okay.  But you didn't deny it.  You
3     just said, I don't remember whether I did it or
4     not, right?
5          A.   Yeah.  I can't recall.
6          Q.   And likewise here, with respect to the
7     94 times between December 26, 2022 and March 2,
8     2023, you're not testifying, no, absolutely not,
9     I didn't do that.  That's not what you're
10    telling us.
11         A.   I mean, you have the mind -- legal
12    mind of a steel trap, so there's probably
13    aspects of -- about this that I don't
14    appreciate, but I don't recall executing
15    SDelete.
16         Q.   But I'm asking a different question
17    now, because I'm giving you the opportunity to
18    say, absolutely not, no way, that didn't happen.
19    And you're not saying that.
20         A.   Yeah, just saying I don't recall.
21         Q.   Yeah.  So having been given the
22    opportunity to deny this outright that you
23    executed SDelete 94 times between December 26,
24    2023 and March 2, 2023, given the opportunity to
25    deny it outright, you have instead chosen to
```

CONFIDENTIAL
Howard Shipman - June 14, 2023

Page 631

```
 1    answer that question with "I don't recall."
 2         A.   I don't have any recollection of
 3    running SDelete.
 4         Q.   Okay.  You don't have any recollection
 5    of doing it.  But you're not willing to deny
 6    under oath that it ever occurred.
 7         A.   Yeah, I'm not certain.
 8         Q.   And then below paragraph 130, and I
 9    realized I made a mistake earlier about
10    different -- something else on this page -- but
11    you see here, one of the last passes of
12    overwriting filename is with the Z character.
13    Below is a screen point of locations that were
14    overwritten likely using SDelete on March 1,
15    2023.
16              And then there are some filenames.
17    And then they all have file modify date, file
18    access date, they're all on March 1st.
19              Do you recognize any of those
20    filenames?
21              Users/jovej/atdata/Rome.  Then there
22    are bunch of Zs there.
23              Do you recall -- maybe that's not a
24    filename.  Maybe it's a folder or a directory,
25    but do you recall that?
```

CONFIDENTIAL
Howard Shipman - June 14, 2023

Page 716

```
 1      I'm going to stop now.
 2           We had discussion off the record.  I
 3      don't want to repeat it in its entirety,
 4      but I'm just going to say there are number
 5      of things that are still owed to us by
 6      Mr. Shipman.  Some of that, I believe, will
 7      be resolved by this Friday.  Maybe not.  I
 8      don't know.
 9           There is a -- at least, one, a Memorex
10      thumb drive that we need to address, based
11      on the testimony here.  So we are not
12      agreeing to close the deposition at this
13      point, but we are agreeing to adjourn it as
14      of now.
15           THE VIDEOGRAPHER:  This concludes
16      today's deposition.  We're off the record
17      at 8:03.
18           (Time noted: 8:03 p.m.)
19
20
21
22
23
24
25
```

```
 1                  C E R T I F I C A T E

 2

 3      STATE OF NEW YORK    )
                             ) Ss.:
 4      COUNTY OF NEW YORK   )

 5

 6          I JEFFREY BENZ, a Certified Realtime

 7      Reporter, Registered Merit Reporter and Notary

 8      Public within and for the State of New York, do

 9      hereby certify:

10          That the witness whose examination is

11      hereinbefore set forth was duly sworn by me and

12      that this transcript of such examination is a

13      true record of the testimony given by such

14      witness.

15          I further certify that I am not related to

16      any of the parties to this action by blood or

17      marriage and that I am in no way interested in

18      the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto set my

20      hand this 15th of June, 2023.

21

22      ------[signature]------------

23      JEFFREY BENZ, CRR, RMR

24

25
```