UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STONEX GROUP, INC. et al.,

                            Plaintiffs,

       -against-

HOWARD SHIPMAN,

                            Defendant.
------------------------------------------------------------------X

23-CV-00613 (JGK) (VF)

**ORDER SCHEDULING**
**ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Oral argument on the pending motion for sanctions (ECF No. 106) is hereby scheduled for **Thursday, January 18, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York.

       **SO ORDERED.**

DATED:    New York, New York
               January 3, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge