UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| STONEX GROUP INC. and STONEX FINANCIAL INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>HOWARD SHIPMAN,<br><br>　　　　　　　　Defendant. | 23-CV-613 (JGK)(VF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Daryl Leon, Esq. and pursuant to Local Civil Rule 1.4, Daryl Leon respectfully moves to withdraw his appearance as counsel for Plaintiffs in the above-referenced matter.

Dated: New York, New York
　　　　January 9, 2024

PROSKAUER ROSE LLP

*/s/ Daryl G. Leon*
Daryl G. Leon
Eleven Times Square
New York, NY 10036
(212) 969-3000
dleon@proskauer.com
*Attorneys for Plaintiffs*