UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| STONEX GROUP INC. and STONEX FINANCIAL INC., | : : : : |
| Plaintiffs, | : : : : |
| v. | : : |
| HOWARD SHIPMAN, | : : : |
| Defendant. | : : : : |

23-CV-613 (JGK)(VF)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF DARYL LEON IN SUPPORT
OF MOTION TO WITHDRAW APPEARANCE**

1.　　I am currently an associate of the law firm Proskauer Rose LLP, attorneys for Plaintiffs StoneX Group Inc. and StoneX Financial Inc. in the above-referenced matter ("Plaintiffs"). I respectfully submit this Declaration in support of my Motion to Withdraw Appearance.

2.　　Lloyd B. Chinn of Proskauer Rose LLP will continue to represent Plaintiffs in this matter. Accordingly, my withdrawal will not create any prejudice or delay and will not otherwise affect any dates or deadlines in this action.

3.　　After January 10, 2024, I will no longer be an associate of Proskauer Rose LLP and will no longer represent Plaintiffs.

4.　　I am not asserting a retaining or charging lien.

5.　　I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 9, 2024

PROSKAUER ROSE LLP

<u>*/s/ Daryl G. Leon*</u>
Daryl G. Leon
Eleven Times Square
New York, NY 10036
(212) 969-3000
dleon@proskauer.com
*Attorneys for Plaintiffs*

2