# EXHIBIT A

CONFIDENTIAL
Howard Shipman - March 23, 2023

Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2               CASE NO.  23-CV-00613 (JGK)

3    _____
                                      )
4    STONEX GROUP INC., and STONEX    )
     FINANCIAL,                       )
5                                     )
              Plaintiff(s),           )
6                                     )
          vs.                         )
7                                     )
     HOWARD SHIPMAN,                  )
8                                     )
              Defendant(s).           )
9    _____)

10

11

12

13

14             ***************************
               *      CONFIDENTIAL       *
15             ***************************

16

17

18

19       DEPOSITION UNDER ORAL EXAMINATION OF

20                  HOWARD SHIPMAN

21              DATE: March 23, 2023

22

23

24       REPORTED BY:  MICHAEL FRIEDMAN, CCR

25
```

```
 1              She says, "Hi, Craig, I asked about
 2     the allegation you brought to my attention."
 3              Scroll over here.
 4              So do you have any reason to
 5     believe that's false, that she asked you
 6     about the allegation?
 7              THE WITNESS:  I can answer that
 8         without waiving attorney/client
 9         privilege.
10              MR. CARLSON:  Read it back one more
11         time.
12         Q    On December 13, in an e-mail to
13     Craig Hynowitz, Ms. Peters Hamlin stated,
14     "Hi, Craig, I asked about the allegation you
15     brought to my attention that my client
16     allegedly put code into a software so that it
17     would not work unless he added a new piece of
18     code every day.  The allegation is patently
19     and provenly false.
20              "It is very easy to disprove this
21     allegation through the code source control.
22     Therefore, my client is not remotely
23     concerned about that fatuous claim."
24              So given what she said in that
25     e-mail, do you have any reason to believe she
```

```
 1    didn't speak to you about this subject as of
 2    December 13?
 3            MR. CARLSON:  And it's governed by
 4        attorney/client privilege.  Going to
 5        maintain the privilege.
 6            MR. CHINN:  But I'm asking -- I'm
 7        asking about, you know --
 8            MR. CARLSON:  That's a yes or no,
 9        did he know it or did he not know it.
10        Q   Do you have any reason to believe
11    that she's lying here?
12            I mean, she -- she says, "I asked
13    about the allegation.  My client is not
14    remotely concerned."
15            Do you have any reason to believe
16    that she's lying, that she says she asked
17    you, obviously.  That's who she's talking
18    about.
19            MR. CARLSON:  You can answer that.
20        A   I can answer that.
21            I did not have any reason to
22    believe she was lying in that e-mail titled
23    Settlement Purposes Only.
24        Q   Look even if -- you came to
25    understand yourself, I think, and you know
```