UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STONEX GROUP INC. and STONEX FINANCIAL INC., <br><br>　　　　　　Plaintiffs, <br><br>　- against - <br><br>HOWARD SHIPMAN, <br><br>　　　　　　Defendant. | Case No. 23-CV-613 (JGK)(VF) |

### DECLARATION OF CRAIG L. HYMOWITZ, ESQ.

I, Craig L. Hymowitz, Esq., hereby declare as follows,

1.　I am Assistant General Counsel for Plaintiffs StoneX Group, Inc. and StoneX Financial, Inc. (collectively "StoneX" or the "Company"). I have personal knowledge of the facts set forth herein and, if called to do so, could competently testify thereto.

2.　Attached hereto as Exhibit 1 is a true and correct copy of the December 12, 2022 email from Defendant's then counsel, Ms. Kristan Peters-Hamlin to Anne Johnson (Global Human Resources business Partner for StoneX) and Jacob Rappaport (Head of Equities for StoneX Financial).

3.　Attached hereto as Exhibit 2 is a true and correct copy of the December 12-13, 2022 email exchanges between myself and Ms. Peters-Hamlin.

4.　Attached hereto as Exhibit 3 is a true and correct copy of the December 13, 2022 email I received from Ms. Peters-Hamlin following our conversation that day.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge.


Dated:  Birmingham, Alabama
        January 23, 2024

_____
Craig L. Hymowitz, Esq.