# EXHIBIT 1

| | |
|---|---|
| **From:** | Kristan Peters-Hamlin |
| **To:** | Anne Johnson; Jacob Rappaport |
| **Subject:** | HOWARD SHIPMAN--FOR SETTLEMENT PURPOSES ONLY |
| **Date:** | Monday, December 12, 2022 2:56:47 PM |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

  Report Suspicious  

Dear Ms. Johnson and Mr. Rappaport,
I have been retained by Mr. Shipman to represent him in negotiations with StoneX concerning the unwinding of his StoneX employment.  It is my understanding that he was offered by your company the opportunity to resign.  He is considering that as one of several features in a separation package and negotiated settlement agreement.

Mr. Shipman has a number of compelling and serious claims that we are considering bringing.  However, we are interested in resolving his claims with the company in a negotiated settlement agreement (prelitigation) that may include the resignation feature.  For that reason, I would respectfully suggest that **you keep the resignation offer on the table until we can talk tomorrow.**
I am available to discuss proposed mutual release and settlement terms with you tomorrow at 12 noon, if that works for one or both of you.
Sincerely,

Kristan Peters-Hamlin

Peters Hamlin Law, LLC

21 Compo Pkwy

Westport, CT

(203) 504-2050

www.petershamlinlaw.com