# EXHIBIT 2

| | |
|---|---|
| **From:** | Kristan Peters-Hamlin |
| **To:** | Craig Hymowitz |
| **Subject:** | Re: HOWARD SHIPMAN--FOR SETTLEMENT PURPOSES ONLY |
| **Date:** | Tuesday, December 13, 2022 12:49:37 PM |
| **Attachments:** | image001.jpg |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

https://www.dol.gov/agencies/oalj/PUBLIC/WHISTLEBLOWER/REFERENCES/REFERENCE_WORKS/SOX_DIGEST_ARBITRATION_AGREEMENTS_SEVERANCE_AGREEMENTS

Kristan Peters-Hamlin
Peters Hamlin Law, LLC
21 Compo Pkwy
Westport, CT
(203) 504-2050
www.petershamlinlaw.com

On Tue, Dec 13, 2022 at 12:55 PM Craig Hymowitz <Craig.Hymowitz@stonex.com> wrote:

> https://www.finra.org/arbitration-mediation/arbitration-overview
>
> **From:** Kristan Peters-Hamlin <kph@petershamlinlaw.com>
> **Sent:** Monday, December 12, 2022 7:22 PM
> **To:** Craig Hymowitz <Craig.Hymowitz@StoneX.com>
> **Subject:** Re: HOWARD SHIPMAN--FOR SETTLEMENT PURPOSES ONLY
>
> Sounds good.  Shall I call you or would you like to call me?
>
> I can be reached at 203 241 2245.
>
> Kristan Peters-Hamlin
> Peters Hamlin Law, LLC
> 21 Compo Pkwy
> Westport, CT
> (203) 504-2050
> www.petershamlinlaw.com
>
> On Mon, Dec 12, 2022 at 6:58 PM Craig Hymowitz <Craig.Hymowitz@stonex.com> wrote:
>
>> I am in central time. So noon est works.
>>
>> Get Outlook for Android
>>
>> **From:** Kristan Peters-Hamlin <kph@petershamlinlaw.com>
>> **Sent:** Monday, December 12, 2022 5:37:53 PM
>> **To:** Craig Hymowitz <Craig.Hymowitz@StoneX.com>
>> **Subject:** Re: HOWARD SHIPMAN--FOR SETTLEMENT PURPOSES ONLY
>>
>> Hello Craig,
>>
>> I am pleased to make your acquaintance, albeit electronically.
>>
>> I cannot talk at 11 because of a conflict.
>>
>> If 12 noon does not work, is there any other time tomorrow after 12 that works for both of us?
>>
>> I am open, other than from 9:30 to 11:30 a.m.
>>
>> Best,
>>
>> Kristan Peters-Hamlin
>> Peters Hamlin Law, LLC
>> 21 Compo Pkwy
>> Westport, CT
>> (203) 504-2050
>> www.petershamlinlaw.com

On Mon, Dec 12, 2022 at 5:53 PM Craig Hymowitz <Craig.Hymowitz@stonex.com> wrote:

Ms. Peters-Hamlin,

I am in-house employment counsel at StoneX.   All future communications should be directed solely to me.

I am available to listen to your proposal tomorrow at 11 am central.  I will call you at the number below.

Craig



Craig L. Hymowitz

Assistant General Counsel

Tel:   (205) 414-7246

Fax:   (205) 414-6355

Craig.hymowitz@stonex.com

---

**From:** Kristan Peters-Hamlin <kph@petershamlinlaw.com>
**Sent:** Monday, December 12, 2022 2:56 PM
**To:** Anne Johnson <Anne.Johnson@StoneX.com>; Jacob Rappaport <Jake.Rappaport@StoneX.com>
**Subject:** HOWARD SHIPMAN--FOR SETTLEMENT PURPOSES ONLY

Dear Ms. Johnson and Mr. Rappaport,

I have been retained by Mr. Shipman to represent him in negotiations with StoneX concerning the unwinding of his StoneX employment.  It is my understanding that he was offered by your company the opportunity to resign.  He is considering that as one of several features in a separation package and negotiated settlement agreement.

Mr. Shipman has a number of compelling and serious claims that we are considering bringing.  However, we are interested in resolving his claims with the company in a negotiated settlement agreement (prelitigation) that may include the resignation feature.  For that reason, I would respectfully suggest that **you keep the resignation offer on the table until we can talk tomorrow.**

I am available to discuss proposed mutual release and settlement terms with you tomorrow at 12 noon, if that works for one or both of you.

Sincerely,

Kristan Peters-Hamlin
Peters Hamlin Law, LLC
21 Compo Pkwy
Westport, CT
(203) 504-2050
www.petershamlinlaw.com

This communication may contain Privileged & Confidential Attorney Client Communications, and/or Attorney Work Product. If you believe you have received this email in error, please notify the sender, do not forward, and immediately delete. Thank you. StoneX Financial Inc. (SFI) is a member of FINRA/NFA/SIPC and registered with the MSRB. This message and any attachments contain information from SFI or one of its affiliates, which may be confidential and/or privileged and is intended for use only by the addressee(s) named on this transmission. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any review, copying, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please (i) notify the sender immediately by e-mail or by telephone and (ii) destroy all copies of this message. SFI is registered with the U.S. Securities and Exchange Commission (SEC) as a Broker-Dealer and with the U.S. Commodity Futures Trading Commission (CFTC) as a Futures Commission Merchant and Commodity Trading Advisor. All references to securities trading and investment banking are made solely on behalf of the BD Division of SFI. All references to exchange-based futures and options trading are made solely on behalf of the FCM Division of SFI. The trading of derivatives such as futures, options, and swaps may not be suitable for all investors. Derivatives trading involves substantial risk of loss, and you should fully understand those risks prior to trading. Any reference to past performance is not indicative of future results StoneX Group Inc. and its subsidiaries are not responsible for any redistribution of this material by third parties, or any trading decisions taken by persons not intended to view this material. Employees may be registered with SFI and with affiliated broker-dealers.

This communication may contain Privileged & Confidential Attorney Client Communications, and/or Attorney Work Product. If you believe you have received this email in error, please notify the sender, do not forward, and immediately delete. Thank you. StoneX Financial Inc. (SFI) is a member of FINRA/NFA/SIPC and registered with the MSRB. This message and any attachments contain information from SFI or one of its affiliates, which may be confidential and/or privileged and is intended for use only by the addressee(s) named on this transmission. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any review, copying, distribution or use of this transmission is strictly prohibited. If you