# EXHIBIT 3





**From:** Kristan Peters-Hamlin <kph@petershamlinlaw.com>
**To:** Craig Hymowitz <Craig.Hymowitz@stonex.com>

Content expires Dec 20, 2022

## CONFIDENTIAL, FOR SETTLEMENT PURPOSES ONLY. LOOKS LIKE THE ALLEGED SABOTAGE CLAIM IS PROVABLY MERITLESS

CONFIDENTIAL, FOR SETTLEMENT PURPOSES ONLY.                                                                                                  Dec 13, 2022, 4:25:30 PM

Hi Craig

I asked about the allegation you brought to my attention that my client allegedly put code into the software so that it would not work unless he added a new piece of code every day.  The allegation is patently and provably false.
It is very easy to disprove this allegation through the code source control.  Therefore, my client is not remotely concerned about that fatuous claim.
I think you may have confused a couple of things:

1.  Evan had developed a function which requires he input coefficients for the Internalization Utility function each day, whether he is away on vacation, or absent from work.  He developed it so that the system would not Internalize correctly without him inputting that code.  He had shared those coefficients with Howard, in the event something happened to Evan.  However, Howard has never used the coefficients nor had anything to do with inputting those coefficients.  The code source control would show that it was only Evan who could ever input those coefficients each morning.

2.  What you may be thinking about is OnixS.  Onixs is a third party library used for FIX Connections to the Market.  That library writes its state to the local directory.  When the library must be restarted, then the state must also be reset.  Every day, HS must at the end of the day reset the state of this third party library for trading the next day.  This technology does not in any way reflect a code developed by HS.  It is a vendor library-- a third party implementation.  It is not code that only HS knows.  It is described in the documentation.  HS was in the middle of doing what he should accomplish, performing his duties, when his access to the PROD environment was cut off on Friday, so he could not finish.  He informed Evan that he was not able to finish performing his daily duties related to OnixS, when his access was cut off.

3.  When Howard asked, "Let me know if you guys are going to be open for business on Monday?" He was expressing concern that his End of Day duties were interrupted. With no access to the Production Environment, he could not evaluate if the interruption to his End of Day duties temporarily caused damage to the environment. He made himself available to work through it to assist.  The fault was owing to the company precipitously cutting off his access without asking him first whether the daily reset was finished.

Thus, your expressed concerns/allegations have no merit.
I am looking forward to receiving your counteroffer.
Best,
Kristan Peters-Hamlin
Peters Hamlin Law, LLC
21 Compo Pkwy
Westport, CT
(203) 504-2050
www.petershamlinlaw.com