UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STONEX GROUP INC. and STONEX  :
FINANCIAL INC.,                                              :    Case No. 23-CV-613 (JGK)
                                                             :
                Plaintiffs,             :
                                                             :
        v.                                                       :
                                                             :
HOWARD SHIPMAN,                                              :
                                                             :
                Defendant.              :
-------------------------------------------------------------X

## SUPPLEMENTAL SUBMISSION RESPONDING TO THE COURT'S QUESTIONS AT ORAL ARGUMENT

    Defendant, Howard Shipman, respectfully provides this Supplemental Submission in further response to the Court's questions at oral argument on January 18, 2023. The Court asked questions regarding the FINRA Form U5.

    FINRA is the Financial Industry Regulatory Authority, and their Form U5 is the Uniform Termination Notice for Securities Industry Registration.

    On January 6, 2023, Plaintiffs submitted a FINRA Form U5 (Exhibit 1) to their regulator, FINRA, after they fired me in retaliation for whistleblowing.

    On the Form, under Section 3:

> Question: If the Reason for Termination entered above is Permitted to Resign, Discharged or Other, provide an explanation below:
>
> Answer: Unprofessional interactions with leadership and team

    Further in the Form, under Section 7B "Internal Review Disclosure":

> Question: Currently is, or at termination was, the individual under internal review for fraud or ***wrongful taking of property***, or violating investment-related statutes, regulations, rules or industry standards of conduct? (emphasis added).

Answer: No

Further in the Form, under Section 8:

> A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

Further in the Form, under 8A:

> I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

The Form is signed by Plaintiff.

Plaintiffs are abusing the Court's time and resources. They are attempting to create a smokescreen to hide their many violations and crimes against their rival competitor, BTIG. Plaintiffs are the subject of a $1billion complaint filed by BTIG, and plaintiffs are also the subject of a current SEC Investigation.

I thank the Court for its consideration.

Respectfully submitted,


/s/ Howard Shipman
15 Tudor Ln.
Trumbull, CT 06611
(203)536-9534
jovejava@yahoo.com

Trumbull, CT
January 29, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STONEX GROUP INC. and STONEX  :
FINANCIAL INC.,                :   Case No. 23-CV-613 (JGK)
                               :
            Plaintiffs,        :
                               :
       v.                      :
                               :
                               :
HOWARD SHIPMAN,                :
                               :
            Defendant.         :
------------------------------------------------------------X

# DECLARATION OF HOWARD SHIPMAN FOR SUPPLEMENTAL SUBMISSION TO THE COURT'S QUESTION IN ORAL ARGUMENTS

Howard Shipman, hereby declares under penalty of perjury as follows:

1. I am the Defendant in the above-referenced matter. I am fully familiar with the facts and circumstances recited herein from personal knowledge and from my review of documents in this matter.

2. I submit this Declaration for Supplemental Submission to the Court.

3. Attached hereto as **Exhibit A** is a true and correct copy of FINRA Form U5 filed by Plaintiffs on January 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Howard Shipman
Trumbull, CT
Dated: January 29, 2023

Howard Shipman
15 Tudor Ln.
Trumbull, CT 06611
Email: jovejava@yahoo.com
Phone: (203)536-9534

# EXHIBIT A

**STONEX FINANCIAL INC.(45993)**                           Rev. Form U5 (05/2009)

**Individual Name: Shipman, Howard (1993114)**             U5 Full - Filing ID: 60568434

                                                            Filing Date: 01/06/2023

## NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.

### 1. General Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Howard | | Shipman | |
| **Firm CRD #:** | **Firm Name:** | **Firm NFA #:** | |
| 45993 | STONEX FINANCIAL INC. | | |
| **Individual CRD #:** | **Individual SSN:** | **Individual NFA #:** | **Firm Billing Code:** |
| 1993114 | xxx-xx-xxxx | | TRA |

**Office of Employment Address:**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 295508 | | | 329 PARK AVENUE NORTH SUITE 350 WINTER PARK, FL 32789 United States | No | Supervised From | 02/08/2021 | 09/21/2022 |
| 708548 | | | 850 Canal Street 3rd Floor Stamford, CT 06902 United States | No | Located At | 02/08/2021 | 12/09/2022 |
| 609044 | | | 230 South LaSalle Ste. 10-500 Chicago, IL 60604 United States | No | Supervised From | 09/21/2022 | 12/09/2022 |

### 2. Current Residential Address

| From | To | Street Address |
|---|---|---|
| 05/2014 | PRESENT | 15 TUDOR LN TRUMBULL, CT 06611 United States |

### 3. Full Termination

**Is this a FULL TERMINATION?**  ⦿ **Yes**   ○ **No**

Note: A "Yes" response will terminate ALL registrations with all SROs and all *jurisdictions*.

**Reason for Termination:** Discharged

**Termination Explanation:**

If the Reason for Termination entered above is Permitted to Resign, Discharged or Other, provide an explanation below:

Unprofessional interactions with leadership and team

### 4. Date of Termination

**Date Terminated (MM/DD/YYYY): 12/09/2022**

A complete date of termination is required for *full termination*. This date represents the date the *firm* terminated the individual's association with the *firm* in a capacity for which registration is required.

For *partial termination*, the date of termination is only applicable to post-dated termination requests during the renewal period.

Notes: For *full termination*, this date is used by *jurisdiction*s/SROs to determine whether an individual is required to requalify by examination or obtain an appropriate waiver upon reassociating with another *firm*.

The *SRO/jurisdiction* determines the effective date of termination of registration.

### 6. Affiliated Firm Termination

No Information Filed.

### 7. Disclosure Questions

**IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.**

**Disclosure Certification Checkbox (optional):** ☑

By selecting the Disclosure Certification Checkbox, the *firm* certifies that (1) there is no additional information to be reported at this time; (2) details relating to Questions 7A, 7C, 7D and 7E have been previously reported on behalf of the individual via Form U4 and/or amendments to Form U4 (if applicable); and (3) updated information will be provided, if needed, as it becomes available to the *firm*. Note: Use of "Disclosure Certification Checkbox" is optional

### Investigation Disclosure

|  | Yes | No |
|---|---|---|
| **7A.** Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ○ | ○ |

### Internal Review Disclosure

|  | Yes | No |
|---|---|---|

**7B.** Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct?  ◯  ⦿

### Criminal Disclosure

|  | Yes | No |
|---|---|---|

**7C.** While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual:

    **1.** convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*?  ◯  ◯

    **2.** *charged* with any *felony*?  ◯  ◯

    **3.** convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses?  ◯  ◯

    **4.** *charged* with a *misdemeanor* specified in 7(C)(3)?  ◯  ◯

### Regulatory Action Disclosure

|  | Yes | No |
|---|---|---|

**7D.** While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses?  ◯  ◯

### Customer Complaint/Arbitration/Civil Litigation Disclosure

|  | Yes | No |
|---|---|---|

**7E. 1.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which:

    **(a)** is still pending, or;  ◯  ◯

    **(b)** resulted in an arbitration award or civil judgment against the individual, regardless of amount, or;  ◯  ◯

    **(c)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or;  ◯  ◯

    **(d)** was settled, on or after 05/18/2009, for an amount of $15,000 or more?  ◯  ◯

  **2.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated (written or oral) complaint, which alleged that the individual was *involved* in one or more *sales practice violations*, and which

    **(a)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or;  ◯  ◯

    **(b)** was settled, on or after 05/18/2009, for an amount of $15,000 or more?  ◯  ◯

  **3.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(2) above, which:

    **(a)** would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or

    **(b)** would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.

**Answer questions (4) and (5) below only for arbitration claims or civil litigation filed on or after 05/18/2009**

**4.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, arbitration claim or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations*, and which:

    **(a)** was settled for an amount of $15,000 or more, or;

    **(b)** resulted in an arbitration award of civil judgment against any named respondent(s)/defendant(s), regardless of amount?

**5.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an investment-related, consumer-initiated, arbitration claim or civil litigation not otherwise reported under question 7E(4) above, which:

    **(a)** would be reportable under question 14I(5)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or

    **(b)** would be reportable under question 14I(5)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.

## Termination Disclosure

**Yes   No**

**7F.** Did the individual voluntarily *resign* from your *firm*, or was the individual discharged or permitted to *resign* from your *firm*, after allegations were made that accused the individual of:

    **1.** violating *investment-related* statutes, regulations, rules or industry standards of conduct? ○ ●

    **2.** fraud or the wrongful taking of property? ○ ●

    **3.** failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct? ○ ●

## 8. Signature

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

  8A.  FIRM ACKNOWLEDGMENT

       This section must be completed on all U5 form filings submitted by the *firm*.

  8B.  INDIVIDUAL ACKNOWLEDGMENT AND CONSENT

This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

## 8A. FIRM ACKNOWLEDGMENT

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

**Person to contact for further information**
Gigi Szekely

**Telephone # of person to contact**
407-741-5372

**Signature of *Appropriate Signatory***
Kirsten K. Bullock
**Signature** _____

**Date (MM/DD/YYYY)**
01/06/2023

## Criminal DRP

No Information Filed

## Customer Complaint DRP

No Information Filed

## Internal Review DRP

No Information Filed

## Investigation DRP

No Information Filed

## Regulatory Action DRP

No Information Filed

## Termination DRP

No Information Filed