UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP INC., ET AL.,                23-cv-613 (JGK)

           Plaintiffs,          ORDER

    - against -

HOWARD SHIPMAN,

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for attorney's fees (ECF No. 151).

SO ORDERED.

Dated:   New York, New York
          October 17, 2024

                                    John G. Koeltl
                             United States District Judge