UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STONEX GROUP, INC. et al.,

                                                                             23-CV-00613 (JGK) (VF)

                                 Plaintiffs,

                                                                             **ORDER**

            -against-

HOWARD SHIPMAN,

                                 Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In connection with Plaintiffs' motion for attorney's fees at ECF No. 151, Plaintiffs are directed to file an affidavit by **April 25, 2025** identifying the years the following attorneys graduated from law school: Daryl G. Leon, Jonathan R. Gartner, Sydney E. Cone, and Alexander J. Blutman.

       **SO ORDERED.**

DATED:     New York, New York
               April 23, 2025

                                                             _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge