UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP INC., ET AL.,
                Plaintiffs,        23-cv-613 (JGK)

   - against -                    ORDER

HOWARD SHIPMAN,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant should respond to the plaintiffs' letter dated July 11, 2025, see ECF No. 163, by **July 21, 2025**.

    The Clerk is directed to mail a copy of this Order to the pro se defendant and to note mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           July 14, 2025

                                        John G. Koeltl
                                United States District Judge