UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEX GROUP INC., ET AL.,
                Plaintiffs,        23-cv-613 (JGK)

    - against -                     ORDER

HOWARD SHIPMAN,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs should reply to the defendant's letter, dated July 21, 2025, by **August 8, 2025**.

SO ORDERED.
Dated:    New York, New York
           July 25, 2025

                                        John G. Koeltl
                              United States District Judge